# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3982

_____

| | | |
|---|---|---|
| James Logan Clark, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | Tax Court. |
| | * | |
| Commissioner of Internal Revenue, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  April 29, 1999
Filed:  May 13, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jame s Logan Clark appeals from the tax court's[1] deficiency determination upholdin g a deficiency determination by the Commissioner of Internal Revenue, challengin gthe constitutionality of 26 U.S.C. §§ 86, 6013 (1995).  Having carefully reviewe d the record and the parties' submissions, we agree with the tax court that neithe r section is unconstitutional  .See Regan v. Taxation With Representation of Washington, 461 U.S. 540, 547 (1983); Dandridg ev. Williams, 397 U.S. 471, 485 (1970).

_____

[1]The Honorable Daniel J. Dinan, United States Tax Court Judge.

Accordingly, we affirm the judgment.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.